IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | | |
|---|---|---|
| KEVIN JOHNSON, a/k/a Olando Lee Trent, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 25-06017-CV-SJ-BP |
| | ) | |
| CHRISTINE WILSON, | ) | |
| a/k/a Shupavu Wa Kirima, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER GRANTING PLAINTIFF'S MOTION FOR AN ORDER
DIRECTING UNITED STATES MARSHAL TO SERVE DEFENDANT**

Plaintiff has filed a motion, (Doc. 3), which seeks an Order directing the United States Marshal to serve Defendant. The Court has discretion to direct the Marshal to serve a defendant even when (as is the case here) Plaintiff has paid the filing fee. Fed. R. Civ. P. 4(c)(3); *see also Yates v. Baldwin*, 633 F.3d 669, 672 (8th Cir. 2011). The Court concludes it should exercise its discretion in this case to **GRANT** Plaintiff's Motion,[1] and **ORDERS** as follows.[2]

1. The Clerk of the Court shall complete appropriate process forms reflecting Defendant may be served at the following address:

    Christine Wilson
    8032 N. Hemple Avenue, Apt. 2
    Kansas City, MO 64152

---

[1] Plaintiff also requests an Order requiring Defendant to pay costs. This request is premature and is therefore denied without prejudice.

[2] The Court concludes it has jurisdiction in this case pursuant to 28 U.S.C. § 1332. Plaintiff appears to be a citizen of Virginia, and Defendant appears to be a citizen of Missouri. Moreover, the Complaint alleges Defendant has taken more than $43,000 belonging to Plaintiff, and that she has also defamed him. Given these allegations, as well as the possibility Plaintiff could recover punitive damages, the Court concludes it is legally possible for him to recover more than $75,000. *See, e.g., Peterson v. The Travelers Indemnity Co.*, 867 F.3d 992, 995-96 (8th Cir. 2017) (stating the standard).

2. The Clerk of the Court shall then issue summons and service forms and deliver the forms to the United States Marshal for service upon Defendant, pursuant to Rule 4 of the Federal Rules of Civil Procedure.

3. The Court does not believe service by mail is appropriate in this case. Accordingly, the Marshal is directed to attempt personal service on Defendant.

A copy of this Order shall be mailed to Plaintiff at the following addresses:

| | |
|---|---|
| Kevin Johnson<br>No. 1007485<br>VDOC Centralized Mail Distribution Center<br>3521 Woods Way<br>State Farm, VA  23160 | Kevin Johnson<br>No. 1007485<br>Keen Mountain Correctional Center<br>P.O. Box 860<br>Oakwood, VA  24631 |

**IT IS SO ORDERED.**

Date: April 17, 2025

/s/ Beth Phillips
BETH PHILLIPS, CHIEF JUDGE
UNITED STATES DISTRICT COURT